AUSA: Susan Fairchild　　　　Telephone: (313) 226-9577
Officer: Trevor Brooks　　　　Telephone: 313-771-6601
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Daniel REYES GAMBOA

Case No.

Case: 2:25−mj−30727
Assigned To : Unassigned
Assign. Date : 11/26/2025
Description: RE: DANIEL REYES GAMBOA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24, 2025__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a) and (b) | Assaulting, Resisting or Impeding Officers While Engaged in Performance of Official Duties |
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Trevor Brooks, Deportation Officer, ERO
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 26, 2025__

_____
Judge's signature

City and state: __Detroit, MI__　　　　David R. Grand, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Trevor Brooks, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security.  I am assigned to Field Operations in Detroit, MI. I have served with U.S. Immigration and Customs Enforcement since March 2006, prior to that I served with U.S. Customs and Border Protection for 3 years. I have successfully completed the Immigration Officers Basic Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia.  This affidavit is submitted in support of a finding of probable cause and therefore is only a summary of the facts known to me. This affidavit does not necessarily contain all the information collected during my investigation.

2. Daniel REYES-GAMBOA, AXX XXX 287, a native and citizen of Mexico, entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about April 08, 2016, the United States Border Patrol encountered REYES-GAMBOA near Hidalgo, TX and served him with Form I-860, Notice and Order of Expedited Removal.

4. On April 09, 2016, the United States Border Patrol removed REYES-GAMBOA from the United States to Mexico from Brownsville, TX.

5. On or about August 23, 2025, the Washtenaw County Sheriff's Department arrested REYES-GAMBOA for misdemeanor assault of a minor child (nonsexual). This matter is currently pending. REYES-GAMBOA was released on a tether, which he had at the time of his arrest in this case.

6. On November 24, 2025, law enforcement personnel were conducting an immigration enforcement operation in Ypsilanti, MI. REYES-GAMBOA was identified for administrative arrest because of his previous removal from the United States. All law enforcement personnel were in highly visible vests with agency and police markings during this operation. Law enforcement personnel located a white Ford

F150 truck with Florida registration known to be driven by REYES-GAMBOA at a home known to be utilized by REYES-GAMBOA in Ypsilanti, MI. While conducting surveillance, law enforcement personnel observed an adult male matching REYES-GAMBOA's description exit the residence and enter the listed vehicle.

7. Officers followed the F150 vehicle to an apartment complex in Ypsilanti, MI, where another male entered the vehicle as a passenger. Officers, who were driving government-owned vehicles, initiated a vehicle stop in the parking lot of the apartment complex. The equipped emergency lights were activated. At this time, REYES-GAMBOA accelerated his vehicle and rammed it through the surrounding government-owned vehicles, striking one vehicle which was operated by a law enforcement officer and had another officer as a passenger. REYES-GAMBOA eventually stopped his vehicle and fled on foot.

8. Officers were able to take REYES-GAMBOA into custody after a brief foot chase. After REYES-GAMBOA was in custody, officers were able to positively identify him based as an undocumented person based on biometric information and REYES-GAMBOA's Mexican passport.

9. REYES-GAMBOA admitted to officers he was present in the United States without authorization. Officers the arrested REYES-GAMBOA for violations of the Immigration and Naturalization Act (INA) and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

10. ICE officers then submitted REYES-GAMBOA's fingerprints electronically for comparison and identification. The result of the search positively linked REYES-GAMBOA to his listed immigration history and criminal history. ICE officers then transported REYES-GAMBOA to an ICE contract facility for housing pending his removal from the United States.

11. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is

reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

12. On November 24, 2025, affiant reviewed the Alien Registration file and conducted immigration related system checks. There is no evidence that Daniel REYES-GAMBOA has applied for or received permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

13. Based on the above information, probable cause exists to believe that Daniel REYES-GAMBOA, an undocumented person, has re-entered the United States after deportation without obtaining the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission in violation of 8 U.S.C. §1326(a).  Further, probable cause exists to believe that Daniel REYES-GAMBOA did forcibly assault, resist, oppose, impede and interfere with a federal officer(s) or employee(s) while engaged in or on account of the performance of their official duties, in violation of 18 U.S.C. § 111. During the commission of this offense, Daniel REYES-GAMBOA made physical contact with the officers and used his vehicle, which is a deadly or dangerous weapon, to commit the assault.

Trevor Brooks
Deportation Officer
Enforcement and Removal Operations
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

November 26, 2025